# United States Court of Appeals
## For the First Circuit

No. 22-1731

ANNA RABINOVYCH; SABA ALELISHVILI,

Plaintiffs - Appellants,

v.

ALEJANDRO MAYORKAS, United States Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; TERRI A. ROBINSON, Director, U.S. Citizenship and Immigration Services,

Defendants - Appellees.

Before

Barron, Chief Judge,
Howard and Gelpí, Circuit Judges.

**ORDER OF COURT**

Entered: November 7, 2022

Appellants have filed an "Emergency Motion for Preliminary Relief," seeking, among other things, to enjoin Appellees from "taking any action" on a pending application for political asylum and from conducting "a November 8, 2022 interview at the Boston Asylum Office." After careful review of the parties' submissions, we conclude that Appellants have not met their burden of showing that relief is warranted. See Respect Maine PAC v. McKee, 622 F.3d 13, 15 (1st Cir. 2010) (injunction factors). The motion is **DENIED**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Anthony Drago Jr.
Donald Campbell Lockhart
Mark Sauter
Vanessa Molina