# United States Court of Appeals
## For the First Circuit

No. 22-1731

ANNA RABINOVYCH; SABA ALELISHVILI,

Plaintiffs - Appellants,

v.

ALEJANDRO MAYORKAS, United States Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; TERRI A. ROBINSON, Director, U.S. Citizenship and Immigration Services,

Defendants - Appellees.

**ORDER OF COURT**

Entered: November 15, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Saba Alelishvili and Anna Rabinovych to file a brief and appendix be enlarged to and including **January 17, 2023**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Anthony Drago Jr.
Donald Campbell Lockhart
Vanessa Molina
Mark Sauter