# United States Court of Appeals
## For the First Circuit

No. 22-1731

ANNA RABINOVYCH; SABA ALELISHVILI,

Plaintiffs - Appellants,

v.

ALEJANDRO MAYORKAS, United States Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; TERRI A. ROBINSON, Director, U.S. Citizenship and Immigration Services,

Defendants - Appellees.

### JUDGMENT

Entered: January 13, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Anthony Drago Jr.
Donald Campbell Lockhart
Mark Sauter
Vanessa Molina