# United States Court of Appeals
## For the First Circuit

No. 22-1731

ANNA RABINOVYCH; SABA ALELISHVILI,

Plaintiffs - Appellants,

v.

ALEJANDRO MAYORKAS, United States Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; TERRI A. ROBINSON, Director, U.S. Citizenship and Immigration Services,

Defendants - Appellees.

**MANDATE**

Entered: January 13, 2023

In accordance with the judgment of January 13, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Anthony Drago Jr.
Donald Campbell Lockhart
Vanessa Molina
Mark Sauter